| | |
|---|---|
| District Court, Adams County, Colorado<br>Court Address: ADAMS COUNTY JUSTICE CENTER<br>1100 JUDICIAL CENTER DRIVE<br>BRIGHTON, CO 80601 | DATE FILED: January 4, 2016<br>CASE NUMBER: 2016CV1 |
| Plaintiff Derrick Leroy Tadlock, Cheryl Marie Tadlock<br><br>v.<br><br>Defendant Wells Fargo Bank, NA, District Court Adams County, County of Adams, Public Trustee of Adams County, State of Colorado, Fannie Mae, Susan LeMoine, F. Michael Goodbee, Suzanne Fredrickson, John G Stumpf, Jeff Shomion, Patrick Simonis, Leesa Whitt-Potter, Jean Olson, Holly Shilliday, Erin Robson, Courtney Wright, Jennifer Cruse-Turner, Susan A Orecchio, Witness Jane Doe | ▲ COURT USE ONLY ▲<br><br>Case Number: 16CV0001<br><br>Division: Courtroom: |

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Wells Fargo Bank, NA, et al

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 1/4/2016

COMBINED COURT ADAMS COUNTY SEAL COLORADO

Clerk of Court/Clerk

Signature of Plaintiff

c/o 3379 E 120th Ave #242
Address of Plaintiff

Thornton, Colorado [80233]

720-304-5989
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.


©2013 Colorado Judicial Department for use in the Courts of Colorado

**EXHIBIT B**