ADAMS COUNTY SHERIFF

**Michael T. McIntosh, Sheriff**
SheriffMcIntosh@adcogov.org

**Harold Lawson, Undersheriff**
UndersheriffLawson@adcogov.org

DATE FILED: January 29, 2016
CASE NUMBER: 2016CV1

**State of Colorado:**

**County of Adams:**

**Civil Paper #:** 2016000041

**Docket #:** 16CV1

FILED IN ADAMS COUNTY COMBINED COURT
JAN 29 2016

**PLAINTIFF NAME:** TADLOCK DERRICK LEROY
3879 E 120TH AVE 242
THORNTON CO 80233

***Versus***

**DEFENDANT NAME:** **ADAMS COUNTY DISTRICT COURT**
1100 JUDICIAL CENTER DR
BRIGHTON CO 80601

I, *MICAH MARQUEZ* , do hereby certify that I have duly served the within **SUMMONS** on January 7, 2016 10:30 am by serving ADAMS COUNTY DISTRICT COURT, by handing to and leaving with SUZANNE FREDRICKSON personally and said person is over the age of 18 years and found at their usual place of abode/business at in Adams County, a true copy thereof.

DISTRICT COURT CIVIL CASE COVER SHEET, DISTRICT COURT CIVIL SUMMONS, COUNTERCLAIM FOR TRESPASS, COUNTERCLAIM FOR TRESPASS ON THE CASE

SERVED SUZANNE FREDRICKSON - CLERK OF THE COURT

Michael T. McIntosh, Sheriff
ADAMS COUNTY, COLORADO

[signature] 1-30

Deputy Sheriff
ADAMS COUNTY, COLORADO

EXHIBIT F