IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00400-CBS

DERRICK LEROY TADLOCK, and
CHERYL MARIE TADLOCK,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., *et al*.

    Defendants.

## MINUTE ORDER

Magistrate Judge Craig B. Shaffer

On February 25, 2016, Defendants Wells Fargo Bank, N.A., John G. Stumpf, Jeff Shomion, Patrick Simonis, Leess Whitt-Potter, and Federal National Mortgage Association, filed a Motion to Dismiss. (Doc. 14). Plaintiffs' Response was due — at the latest — on March 21, 2016. Plaintiffs did not file a Response, nor did they request an extension of time.

On March 26, 2016, Defendants State of Colorado, District Court for Adams County, District Court Clerk Suzanne Fredrickson, and Judge Frederick Michael Goodbee also filed a Motion to Dismiss. (Doc. 18). Plaintiffs' Response was due — at the latest — on April 19, 2016. Plaintiffs did not file a Response, nor did they request an extension of time.

Now, on April 21, 2016, Defendants Joan Olson, Holly Shilliday, Erin Robson, Courtney Wright, Jennifer Cruseturner and Susan LeMoine have also filed a Motion to Dismiss. (Doc. 19).

IT IS ORDERED that on or before May 26, 2016, Plaintiffs shall file their Responses, if any, to these pending Motions to Dismiss.

DATED at Denver, Colorado, this 21st day of April, 2016.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*

United States Magistrate Judge